# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOR LIFE PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ICP CONSTRUCTION, INC.,<br><br>    Defendant. | Case No. 1:20-cv-10662-GAO<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant ICP Construction, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does ICP Construction, Inc. have a parent corporation?

    ☒ Yes      ☐ No

    If yes, the parent corporation is: CPC Holdco, Inc.

2. Is 10% or more of the stock of ICP Construction, Inc. owned by a publicly held corporation?

    ☐ Yes      ☒ No

    If yes, identify all such owners: _____

Respectfully submitted,

Dated: August 21, 2020

*/s/ Eric P. Carnevale*
Eric P. Carnevale (BBO No. 677,210)
**LANDO & ANASTASI, LLP**
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Telephone: (617) 395-7000
Facsimile: (617) 395-7070
E-mail: ecarnevale@lalaw.com

Of Counsel:

Laura L. Myers (MN #0387116)*
**FREDRIKSON & BYRON, P.A.**
200 South 6th Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
E-mail:  lmyers@fredlaw.com

*Motion for leave to appear
*pro hac vice* forthcoming

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends e-mail notification of such filing to registered participants.  Any other counsel of record will receive the foregoing via e-mail in PDF format.

                                            */s/ Eric P. Carnevale*
                                            Eric P. Carnevale

70704014